IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 21 2001

*[signature]*
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARY DOWNY | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) CIV No. 96-0378 BB/DJS<br>) |
| CORNING, INC., CORNING CLINICAL LABORATORIES, INC., CORNING LIFE SCIENCES, INC. METPATH CORNING CLINICAL LABS, INC., and METPATH, INC. | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS

The relator, defendants and the United States, by and through their respective counsel, hereby move this Court to dismiss this case pursuant to the terms of the Stipulated Order of Dismissal which is submitted herewith. As grounds, movants state that the parties have reached a settlement of this case, that the United States has approved that settlement, and that the United States and relator Mary Downy have reached a settlement with respect to relator's share of the recovery pursuant to 31 U.S.C. § 3730(d).

Movants ask that this action be dismissed with prejudice.

SUBMITTED BY:


Telephonically approved 11/20/01 by Cherie LaCour for
JAMES A. BRANCH, JR.
1700 Ave. Las Campanas
Albuquerque, NM 87107
Ph. (505)344-1226
*Attorney for Relator Mary Downy*

67

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

_____
P.O. Box 1888
Albuquerque, NM 87103
Ph. (505)768-1500

-and-

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

_____
HOPE S. FOSTER
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Ph. (202)434-7300
*Attorneys for Defendants*

DAVID C. IGLESIAS
UNITED STATES ATTORNEY

_____
HOWARD R. THOMAS, Assistant United States Attorney
United States Attorney's Office
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274