FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

01 NOV 21  AM 10: 24

FOR THE DISTRICT OF NEW MEXICO

CLERK ALBUQUERQUE

UNITED STATES OF AMERICA )
*ex rel.* MARY DOWNY )
)
Plaintiffs, )
)
)
)
vs. )
) CIV No. 96-0378 BB/DJS
)
CORNING, INC., CORNING CLINICAL )
LABORATORIES, INC., CORNING LIFE )
SCIENCES, INC. METPATH CORNING )
CLINICAL LABS, INC., and METPATH, INC. )
)
Defendants. )

## STIPULATED ORDER OF DISMISSAL

This matter has come before the Court on Motion of the parties.  The Court finds that the

parties have reached a settlement of this case, that the United States has approved that settlement,

and that the United States and relator Mary Downy have reached a settlement with respect to

relator's share of the recovery pursuant to 31 U.S.C. 3730(d).  The Court therefore grants the

parties' Motion.

IT IS THEREFORE ORDERED that this action  be and it is hereby dismissed with

prejudice.

_____
BRUCE BLACK
UNITED STATES DISTRICT JUDGE

Closes case
Per Lincoln

APPROVED BY:


Telephonically approved 11/20/01 by Cherie LaCour for
JAMES A. BRANCH, JR.
1700 Ave. Las Campanas
Albuquerque, NM  87107
Ph. (505)344-1226
*Attorney for Relator Mary Downy*


Rodey, Dickason, Sloan, Akin & Robb, P.A.


P.O. Box 1888
Albuquerque, NM 87103
Ph. (505)768-1500

        -and-


Mintz Levin Cohn Ferris Glovsky and Popeo, P.C..


HOPE S. FOSTER
701 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Ph. (202)434-7300
*Attorneys for Defendants*


DAVID C. IGLESIAS
UNITED STATES ATTORNEY


HOWARD R. THOMAS, Assistant United States Attorney
United States Attorney's Office
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274